UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PATRICK ALEXANDRE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV-08-226-B-W |
| | ) | |
| STATE OF MAINE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 30, 2008 her Recommended Decision.  The Petitioner filed his objections to the Recommended Decision on November 17, 2008.[1]  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the Petitioner's 28 U.S.C. § 2254 Petition (Docket # 1) be and hereby is DENIED.

---

[1] On November 20, 2008, the Petitioner moved to amend his objection, stating that he had mistakenly forgotten "to add a small objection to his reply, and requests this Court to allow him to submit this small objection as an amendment or supplemental to his objections to the magistrate's report and recommended decision."  *Pet'r Requests Permission to Amend or Supplement His Objection to the Magistrate's Decision* at 1-2 (Docket # 16).  On November 20, 2008, the Court granted Mr. Alexandre's motion, stipulating however that the amended objection was due by December 1, 2008.  *Order Granting Mot. to Amend* (Docket # 17).  The Petitioner failed to file an amended objection within the allotted time.

3. It is further ORDERED that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of December, 2008